UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Nos. 3:06-CR-74–1-BR
     5:07-CR-3-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ) | |
| HOWELL WAY WOLTZ ) | |

This matter is before the court on the motion of defendant's counsel, Matthew J. Hoefling, William C. Mayberry, and Joshua D. Davey, to withdraw or, in the alternative, for clarification of their duties. Given that new counsel has appeared on behalf of defendant, the motion to withdraw is ALLOWED. Matthew J. Hoefling, William C. Mayberry, and Joshua D. Davey and the law firm of Helms Mulliss & Wicker, PLLC are hereby deemed withdrawn from this case and relieved of their duties and responsibilities as to defendant.

This 17 August 2007.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge